IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:18-CV-285-RJC-DCK

| | |
|---|---|
| ADAM BURCH, Executor of the ESTATE OF JIMMY WAYNE BURCH, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) **ORDER** |
| OLYMPUS AMERICA, INC.; OLYMPUS CORPORATION OF AMERICAS; OLYMPUS MEDICAL SYSTEMS CORP.; and BRIAN ARGOTTI, | ) ) ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 11) filed by Paul R. Dickinson, Jr., concerning Peter L. Kaufman on June 13, 2018. Mr. Peter L. Kaufman seeks to appear as counsel *pro hac vice* for Plaintiff Adam Burch, Executor of the Estate of Jimmy Wayne Burch. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 11) is **GRANTED.** Mr. Peter L. Kaufman is hereby admitted *pro hac vice* to represent Plaintiff Adam Burch, Executor of the Estate of Jimmy Wayne Burch.

**SO ORDERED**.

Signed: June 14, 2018

David C. Keesler
United States Magistrate Judge