# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:18-CV-285-RJC-DCK

| | |
|---|---|
| ADAM BURCH, Executor of the ESTATE OF JIMMY WAYNE BURCH, </br></br>Plaintiff, </br></br>v. </br></br>OLYMPUS AMERICA, INC.; OLYMPUS CORPORATION OF AMERICAS; OLYMPUS MEDICAL SYSTEMS CORP.; and BRIAN ARGOTTI, </br></br>Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 12) filed by Paul R. Dickinson, Jr., concerning Gregory M. Sonstein on June 13, 2018. Mr. Gregory M. Sonstein seeks to appear as counsel *pro hac vice* for Plaintiff Adam Burch, Executor of the Estate of Jimmy Wayne Burch. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 12) is **GRANTED.** Mr. Gregory M. Sonstein is hereby admitted *pro hac vice* to represent Plaintiff Adam Burch, Executor of the Estate of Jimmy Wayne Burch.

**SO ORDERED**.

Signed: June 14, 2018

_____
David C. Keesler
United States Magistrate Judge